# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 06-51418 S  
**Case Name:** MURPHY, MICHAEL & SALLY  

**Period Ending:** 03/31/08

**Trustee:** (550410) RICHARD A. WILSON  
**Filed (f) or Converted (c):** 07/31/06 (f)  
**§341(a) Meeting Date:** 11/28/06  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE: 1391 SHANABROOK DR., AKRON, OH | 145,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | FIRSTMERIT BANK | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | SUMMIT FEDERAL CREDIT UNION | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | MISC. BOOKS, COLLECTIBLES, ETC. | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | CLOTHING | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | MISC. JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | TRANSAMERICA LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | TRANSAMERICA LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | PHOENIX NATIONAL LIFE INS. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | TERM LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | TAX SHELTERED ANNUITY | 18,295.40 | 0.00 | DA | 0.00 | FA |
| 13 | 1998 HONDA ACCORD LX | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1993 HONDA ACCORD | 400.00 | 0.00 | DA | 0.00 | FA |
| 15 | NOTE PAYABLE TO DEBTORS (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 15 Assets | Totals (Excluding unknown values) | $173,595.40 | $1.00 | | $0.00 | $1.00 |

Printed: 04/28/2008 11:00 AM    V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 06-51418 S  
**Case Name:** MURPHY, MICHAEL & SALLY  
**Period Ending:** 03/31/08  

**Trustee:** (550410) RICHARD A. WILSON  
**Filed (f) or Converted (c):** 07/31/06 (f)  
**§341(a) Meeting Date:** 11/28/06  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    #15 - COLLECTION OF NOTE PAYABLE TO DEBTORS

    FEDERAL ID NO.: NONE

    DATE: 04/18/08          /s/ Richard A. Wilson, Trustee

**Initial Projected Date Of Final Report (TFR):** December 31, 2007     **Current Projected Date Of Final Report (TFR):** December 31, 2008

Printed: 04/28/2008 11:00 AM     V.10.03