IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | CASE NO. | 06-51418 |
| | ) | | |
| MURPHY, MICHAEL & SALLY | ) | | |
| | ) | CHAPTER 7 | |
| | ) | | |
| | ) | | |
| | ) | | |
| Debtor(s) | ) | JUDGE: MARILYN SHEA-STONUM | |

TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT

Notice is given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and §554 of the United States Bankruptcy Code, of the Trustee's proposed abandonment of this property (the "Property"):

1.) Description of Property         $20,000.00 Claim Against Donald R. Tabor

2.) Estimated Market Value:         $0.00 - Uncollectible - No Value to Estate

**Your rights may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

Please take notice that unless an objection or request for hearing on this proposed abandonment is filed, the Property will be deemed abandoned according to law without further order of the Court or action by the Trustee.

If you object to the proposed abandonment, on or before March 3, 2009, you or your

attorney must:
1. File with the Court an objection at the following address:

> Clerk of the United States Bankruptcy Court
> Federal Building
> 2 S. Main Street
> Akron, Ohio 44308

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2. Mail a copy of your objection to each of the following:

| Richard A. Wilson | Office of the U.S. Trustee |
|---|---|
| Chapter 7 Trustee in Bankruptcy | BP America Building |
| 1221 S. Water Street | 200 Public Square |
| PO Box 3307 | 20th Floor, Suite 3300 |
| Kent, Ohio 44240 | Cleveland, Ohio 44114-2301 |

You and/or your attorney must attend any hearing scheduled by the Court.

Dated: February 11, 2009

Respectfully Submitted,

/s/ Richard A. Wilson
RICHARD A. WILSON
Trustee in Bankruptcy
1221 S. Water Street
PO Box 3307
Kent, Ohio 44240
(330)678-2850

PROOF OF SERVICE

I hereby certify that on this 11th day of February, 2009, a copy of the foregoing Notice of Abandonment was :

**Served electronically via ECF:**

United State Trustee
Terrence J. Steel, Attorney for Debtors

**Served via Regular U.S. Mail:**

Michael & Sally Murphy, Debtors
1391 Shanabrook Dr.
Akron, Ohio 44313

All Creditors Listed on Mailing Matrix

/s/ Richard A. Wilson
RICHARD A. WILSON
Trustee in Bankruptcy