Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

**Case No. 06−51418−mss**

**In re:**

| | |
|---|---|
| Michael T Murphy | Sally A Murphy |
| 1391 Shanabrook Drive | 1391 Shanabrook Drive |
| Akron, OH 44313 | Akron, OH 44313 |

**Social Security No.:**

xxx−xx−3778   xxx−xx−6191

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Richard A Wilson is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** March 25, 2009          /s/ Marilyn Shea−Stonum
Form ohnb136                       United States Bankruptcy Judge